# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ISHMAEL HOLLOWAY,<br><br>    Defendants. | **ORDER REGARDING GOVERNMENT'S MOTION TO STRIKE; DEFENDANT'S REQUEST FOR EVIDENTIARY HEARING (DOCS. 252, 253)**<br><br>Case No. 3:15-cr-00101-04-TMB-DMS |

The government filed a motion to strike, (Doc. 253), Defendant Ishmael Holloway's Request for Evidentiary Hearing Concerning his First Motion to Suppress, (Doc. 252). Holloway's motion was originally entered into CM/ECF as a reply. This error was corrected on June 2, 2016. (*See* Doc. 252). The government argues that the Request for Evidentiary Hearing should be stricken because it is a reply to the government's opposition without leave of the court in violation of AK R USDCT LCrR 47.1(c). The government's motion to strike is DENIED because Holloway's Request for Evidentiary Hearing is a motion, not a reply.

Holloway's Motion for Evidentiary Hearing is also DENIED as moot. The Court previously set an evidentiary hearing for June 22, 2016, at 1:30 p.m. on Holloway's First Motion to Suppress on May 18, 2016, at Docket 238.

*U.S. v. Isaiah Holloway, et al.*
3:15-cr-00101-04-TMB-DMS
Order                             Page 1 of 2

DATED this 6th day of June, 2016, at Anchorage, Alaska.

S/DEBORAH M. SMITH
CHIEF U.S. MAGISTRATE JUDGE